# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# BAY CITY DIVISION

In the Matter of:

ELY ASMAR and  
VALERITA A ASMAR,  

Debtors.
_____ /

Case No. 09-23989-DSO  
Chapter 7  
HON. Daniel S. Opperman

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Claimant | Claim No. | Amount of Dividend |
|---|---|---|
| Timberline Physicians<br>PO Box 37980<br>Oak Park, MI 48237-0980 | 6 | $5.26 |
| **Total:** | | **$5.26** |

Dated: April 19, 2011

*/s/ Karen E. Evangelista (P36144)*  
Karen E Evangelista, Trustee  
439 S. Main St., Suite 250  
Rochester, MI  48307  
(248) 652-7992  
brewera1008@yahoo.com